# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 26 A 11:00

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| Mary C. Washington | Case No. CV205-88 | |
| **Plaintiff** | | |
| v. | Appearing on behalf of | |
| Merck & Co., Inc. | Plaintiff | |
| **Defendant** | (Plaintiff/Defendant) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Stephanie J. Hartley

**Business Address:** Spohrer, Wilner, Maxwell & Matthews, P.A.
Firm/Business Name

701 West Adams Street
Street Address

Suite 2 | Jacksonville | FL | 32204
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City, State, Zip
(904) 354-8310
Telephone Number (w/ area code) | Georgia Bar Number